UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-00906-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

EMMANUEL THIBAUD,
#60261-004,

       Defendant(s).
_____/

## ORDER GRANTING DEFENDANT'S WITHDRAWAL OF RULE 35 CONSIDERATION

THIS MATTER is before the Court on the Defendant's Notice of Withdrawal for Rule 35 Consideration, filed February 6, 2008 [91].

The Court having considered the record, having reviewed the above motion, and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the said motion is hereby **GRANTED**. The Defendant's Motion for Rule 35 Consideration, filed January 17, 2008 [88], is hereby withdrawn from consideration by the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of February, 2008.

                                                    K. MICHAEL MOORE
                                                    UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record